MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
NANCY J. CLARK, Deputy County Counsel (S.B. #157839)
OFFICE OF THE COUNTY COUNSEL
373 West Julian Street, Suite 300
San Jose, California  95110
Telephone:  (408) 491- 4274
Facsimile:  (408) 491-4292

**E-Filed 3/19/2010**

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CLARA COUNTY PROBATION PEACE OFFICERS' UNION, AFSCME, LOCAL 1587 and SALVADOR MORA,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, SHEILA MITCHELL, as Chief Probation Officer<br><br>    Defendant. | No. C09-6066-JF PVT<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM APRIL 23, 2010 TO JUNE 11, 2010 |

1. The first Case Management Conference ("CMC") is current set for April 23, 2010.

2. The parties, through their respective counsel of record, are actively exploring possible settlement.  In order to complete settlement discussions, the parties hereby stipulate to continue the initial CMC for a period of approximately 45 days, or until June 11, 2010.

/ / /

/ / /

3. All other dates applicable to filings required prior to the initial CMC conference are also extended by 45 days, including the time period for Defendants to file an Answer.

IT IS SO STIPULATED:

Dated: March 11, 2010          By: ___/s/ Louis D. Silver___
                                    LOUIS D. SILVER
                                    SILVER & KATZ
                                    Attorneys for Plaintiff

Dated: March 10, 2010          By: ___/s/ Jonathan Jackel___
                                    JONATHAN JACKEL
                                    ROUSSO & JACKEL, INC.
                                    Attorneys for Plaintiff

Dated: March 16, 2010          By: ___/s/ Nancy J. Clark___
                                    NANCY J. CLARK
                                    Deputy County Counsel
                                    Attorneys for Defendants
                                    COUNTY OF SANTA CLARA

## ORDER

The Case Management Conference presently scheduled for APRIL 23, 2010 is vacated and a Case Management Conference is set for **JUNE 11, 2010 at 10:30 a.m.** PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __3/18/2010__, 2010        _____
                                   JEREMY FOGEL
                                   United States District Court Judge

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**

254520.wpd

PROOF OF SERVICE BY MAIL

*Santa Clara County Probation Peace*     C09-06066 JF PVT
*Officers' Union vs. County of Santa Clara*

I, Nancy D. Fenton, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 373 West Julian Street, Suite 300, San Jose, California 95110-2335.  I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I served a copy of the

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM APRIL 23, 2010 TO JUNE 11, 2010**

by placing said copy in an envelope addressed to:

| | |
|---|---|
| LOUIS D. SILVER | JONATHAN JACKEL |
| SILVER & KATZ | ROUSSO & JACKEL, INC. |
| 226 Airport Parkway, #650 | 116 E. Campbell Avenue, Suite 1 |
| San Jose, CA 95126 | Campbell, CA 95008 |

which envelope was then sealed, with postage fully prepaid thereon, on March 16, 2010, and placed for collection and mailing at my place of business following ordinary business practices.  Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 16, 2010, at San Jose, California.           /s/ NancyFenton